# United States District Court

DISTRICT OF __OREGON__

UNITED STATES OF AMERICA

FILED'05 AUG 16 15:48 USDC-OR

v.

**JUAN MANUEL RODRIGUEZ, JR.**

## CRIMINAL COMPLAINT

CASE NUMBER: 05-mJ-475

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __September 6, 2004__ in __Umatilla__ County, in the _____ District of __Oregon__ defendant(s) did, (Track Statutory Language of Offense) unlawfully and knowingly move and travel in interstate commerce, to parts unknown, with the intent and purpose or the part of said defendants then and there to avoid prosecution in Umatilla County for charges of Murder, Attempted Aggravated Murder, Manslaughter in the First Degree, Attempted Murder with a Firearm, Attempted Murder, Kidnapping in the First Degree, Assault in the First Degree With a Firearm, Assault in the First Degree, Assault in the Second Degree With a Firearm, and Assault in the Second Degree.

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __Special Agent - FBI__ and that this complaint is based on the following facts:
Official Title

**See Attached Affidavit hereby incorporated by reference as if fully restated herein.**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

*Dario Duarte*
Signature of Complainant
**Dario Duarte**
Special Agent
Federal Bureau of Investigation
Portland, Oregon
City and State

Sworn to before me and subscribed in my presence,

__August 16, 2005__ at
Date

__Donald C. Asmanskas, U.S. Magistrate Judge__
Name & Title of Judicial Officer

Signature of Judicial Officer

1 DISTRICT OF OREGON

2 OREGON

3 STATE OF OREGON      )
                       )
4 COUNTY OF MULTNOMAH  )

5

6 AFFIDAVIT

7     I, Dario Duarte, Special Agent, Federal Bureau of
8 Investigation (FBI), being first duly sworn, depose and state
9 that:

10     1. Your affiant is a Special Agent (SA) with the
11 Federal Bureau of Investigation (FBI) and has been so
12 employed for approximately thirteen months. Your affiant
13 is currently assigned to the Portland, Oregon Division of
14 the FBI, where your affiant investigates violations of
15 federal laws, including Title 18, United States Code,
16 Section 1073, Unlawful Flight to Avoid Prosecution (UFAP),
17 the Fugitive Felon Act.

18     2. This affidavit is submitted in support of a
19 complaint charging Juan Manuel Rodriguez, born October 5,
20 1978, with Unlawful Flight to Avoid Prosecution in violation
21 of Title 18, United States Code, Section 1073.

22     3. Your affiant has spoken with SA James J. Bents,
23 who is currently assigned to the Portland, Oregon Division
24 of the FBI, Pendleton Resident Agency, regarding this matter
25 and he has provided me with the following information:

26     4. On September 5, 2004, Juan Manuel Rodriguez,
27 Jr., date of birth 10/05/1978, and two other individuals
28 confronted Jose Homero Campos on a secondary road which

1

parallels Interstate 84 near the Umatilla Chemical Weapons Depot in Umatilla County, Oregon. Rodriguez confronted Campos and then shot him in the face. Rodriguez attempted to shoot Campos again but he missed. Campos fled toward the freeway, with Rodriguez in pursuit. Rodriguez caught Campos, and with the assistance of an accomplice, he dragged Campos near the freeway. Rodriguez then stabbed Campos in the throat. Campos again attempted to flee, but he was struck by a passing vehicle and died at the scene.

5. Rodriguez walked away from the scene, and subsequent investigation showed that he fled the area a day or two later. Investigating officers in Umatilla County believe that Rodriguez may have fled to Mexico, though they have received reports that he has been seen in both Yakima, Washington and in southern California. Rodriguez's two accomplices in this case were both apprehended, and both pled guilty and were sentenced in Umatilla County Circuit Court.

6. On September 15, 2004, the Umatilla County Circuit Court indicted Rodriguez on one count each of Murder, Attempted Aggravated Murder, Manslaughter in the First Degree, Attempted Murder with a Firearm, Attempted Murder, Kidnaping in the First Degree, Assault in the First Degree - With a Firearm, Assault in the First Degree, Assault in the Second Degree - With a Firearm, and Assault in the Second Degree.

7. A local arrest warrant has been issued for Rodriguez. The Umatilla County District Attorney has advised

that he will pursue extradition of this individual from any venue wherefrom extradition is possible.

8. As stated above, the Umatilla County District Attorney has also advised that local law enforcement officers have determined from their continuing investigation that Rodriguez has likely fled the state of Oregon. Accordingly, the District Attorney has requested that an Unlawful Flight to Avoid Prosecution (UFAP) warrant be issued for Rodriguez.

9. Based upon the above information, affiant believes there is probable cause to issue a warrant for Juan Manuel Rodriguez's arrest for violation of Title 18 USC, Section 1073.

Dario Duarte
Special Agent
Federal Bureau of Investigation
Portland, Oregon

Subscribed and sworn to before me this 16th day of August, 2005.

Donald C. Ashmanskas
United States Magistrate Judge